IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MICKEY BEATY, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 06-290-AS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHARLES DANIELS and NATIONAL | ) | |
| TOXICOLOGY LABORATORIES, | ) | |
| | ) | |
| Respondents. | ) | |


Mickey Beaty
59185-065
FCI
P. O. Box 5000
Sheridan, Oregon  97378

     Pro Se Petitioner

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Scott Erik Asphaug
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

       Attorneys for Respondent

KING, Judge:

The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed his Findings and Recommendation (#19) on July 10, 2006, and referred it to me on August 7, 2006. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); see also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#19).

IT IS HEREBY ORDERED that Respondent's motion to dismiss (#11) is GRANTED and Petitioner Beaty's petition for a writ of habeas corpus (#1) is DENIED.

Dated this _____9th_____ day of August, 2006.

       /s/ Garr M. King
       Garr M. King
       United States District Judge

Page 2 - ORDER